# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

160846 & (20)(27)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

CHRISTOPHER REMINGTON LAWRENCE,
          Defendant-Appellant.

SC: 160846
COA: 350364
Wayne CC: 15-006895-FC

_____/

On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the December 17, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk

s1116